COMMONWEALTH OF MASSACHUSETTS
TRIAL COURT

Norfolk, ss.                                                Milford Court Division of the
                                                            Trial Court

| Samuel Katz,<br>Shelby Hinkley,<br>(husband and wife)<br><br>　　　　Plaintiff,<br>v.<br><br>Royal Seas Inc.,<br><br>　　　　Defendant. | **Docket Number:  4:16-cv-40123-TSH**<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |
|---|---|

## NOTICE OF VOLUNTARY DISMISSAL

Now comes the Plaintiffs, Samuel Katz and Shelby Hinkley (herein the Katzes), and pursuant to FRCP 41(a)(i), Plaintiffs hereby dismiss this action without prejudice.

Dated: Monday, October 3, 2016         Respectfully Submitted

　　　　　　　　　　　　　　　　　　　　The Katzes,

　　　　　　　　　　　　　　　　　　　　By their Attorney,


　　　　　　　　　　　　　　　　　　　　/s/ John L. Fink_____
　　　　　　　　　　　　　　　　　　　　John L. Fink, esq (BBO #683290)
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　(508) 433-0529
　　　　　　　　　　　　　　　　　　　　18 Lyman St. Suite 208
　　　　　　　　　　　　　　　　　　　　J&N Professional Building
　　　　　　　　　　　　　　　　　　　　Westborough MA 01581
　　　　　　　　　　　　　　　　　　　　JFink@WestboroLawyer.com

CERTIFICATE OF SERVICE

I, John L. Fink, hereby certify that on Monday, October 3, 2016, I caused the foregoing document to be electronically filed with the United States District Court for the District of Massachusetts through the CM/ECF system. I also certify that on Monday, October 3, 2016, a copy of the foregoing document (and accompanying exhibits) is being served on all counsel of record via transmission of the Notice of Electronic Filing (NEF) generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are indicated as non-registered participants who are not authorized to receive NEFs.

/s/ John L. Fink
John L. Fink, Esq.